IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEVEN R. HANEY, | § | |
| | § | No. 575, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | |
| | § | Superior Court of the |
| BANK OF AMERICA, | § | State of Delaware |
| | § | |
| | § | C. A. No. S14L-10-029 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 4, 2016
Decided: May 5, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 5th day of May 2016, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of October 16, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice